UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

| IN THE MATTER OF: | CHAPTER 13 |
|---|---|
| KATRINA DAWN COACH, Debtor | CASE NO: 08-58965 |
| | JUDGE WALTER SHAPERO |

## TRUSTEE'S NOTICE OF IMPACT OF ADJUSTMENT IN PERIODIC PAYMENT ON SECURED CLAIM

The Standing Chapter 13 Trustee, Tammy L. Terry pursuant to E.D. Mich. L.B.R. 3001-2, hereby files this Notice of Impact of Adjustment in Periodic Payment on Secured Claim

[ ]   The payment adjustment will NOT HAVE A NEGATIVE IMPACT on debtor's current plan payment amount. Based on the information we have available at this time, debtor's plan will still be adequately funded with the current plan payment amount

[ x ]   The payment adjustment HAS A NEGATIVE IMPACT on debtor's current plan payment amount. Based on the information we have available at this time, the Plan will NOT be adequately funded with the current plan payment amount The Trustee estimates that the plan payment needs to be increased to $575.30 per Biweekly.

[ ]   This case has expired and the Trustee is unable to advise as to the impact on the plan

### NOTICE TO DEBTOR

Receipt of all future payments at the amount set forth above DOES NOT guarantee that Debtor will receive a discharge at the end of the term of debtor's confirmed Chapter 13 Plan or modified plan. There may be issues that could adversely impact the completion of this Plan.

Please contact your attorney to discuss your case and any options that may be available to you to ensure the successful completion of your Chapter 13 Plan and obtain a Discharge.

If this Notice of Impact of Adjustment in Periodic Payment on Secured Claim indicates that the Plan will no longer be adequately funded, pursuant to Local Bankruptcy Rule 3001-2(d), you must file a Plan Modification within 21 days of service of this Notice to assure adequate funding of the Plan.

OFFICE OF THE CHAPTER 13 TRUSTEE / DETROIT

/S/ TAMMY L. TERRY (P46254)
TAMMY L. TERRY, Chapter 13 Trustee
KIMBERLY SHORTER-SIEBERT (P49608)
/S/ MARILYN R. SOMERS-KANTZER (P52488)
535 Griswold, Suite 2100
Detroit, MI 48226
(313) 967-9857
mieb_ecfadmin@det13.net

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:

KATRINA DAWN COACH, Debtor

CHAPTER 13
CASE NO: 08-58965
JUDGE WALTER SHAPERO

## CERTIFICATE OF MAILING

I hereby certify that on the date indicated below, a copies of the **TRUSTEE'S NOTICE OF IMPACT OF ADJUSTMENT IN PERIODIC PAYMENT ON SECURED CLAIM** were served via Electronic Court filing to the debtor's attorney and/or a copy of same was deposited in U.S. Mail to the Debtor at the below addresses.

Date: 7 / 19 / 2010

OFFICE OF THE CHAPTER 13 TRUSTEE - DETROIT

/S/ Patrice Ford
Legal Assistant
535 Griswold, Suite 2100
Detroit, MI 48226
(313) 967-9857
mieb_ecfadmin@det13.net

CHIMKO & ASSOCIATES
26212 WOODWARD
ROYAL OAK, MI 48067

KATRINA DAWN COACH
11406 SORRENTO
DETROIT, MI 48227