U.S. Bankruptcy Court
Attn: Judge Shapero
211 West Fort St.
Detroit, MI 48226

FILED

2010 AUG 27 A 8:49

U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

Re: Case #08-58965-wsd

Dear Judge Shapero,

On August 5th, 2008 I went Weik and Associates, P.C., to file for bankruptcy case, which at the time qualified for Chapter 13. This petition was filed with the courts and a meeting was scheduled to meet with creditors. On September 12th, 2008, I sent my first payment to Tammy Terry, in the amount of $558.00 by check, thereafter all other payments were automatically withdrawn from my paycheck every 2 weeks (bi-weekly). As of today they are still taking $561.11 every 2 weeks from me. Around the 1st week in July I attempted to reach Weik and Associates to only find out they were now Chimko and Associates and at a new location, which I was totally unaware of. I met with an associate named June to go over my case, because I had accrued some additional doctor bills due to my Congestive Heart Failure surgery I had done on February 5th, 2010, and recovering from at the time of the meeting with June. At this time I found out that from September 2008, until current all of the monies that was being taken from me, which was over $20,000 and was going to one creditor (Everhome Mortgage). This was not the plan I set up in my original consultation with Geoffrey Haveman, which was my counselor at the time. June and I met for over one hour and a half and she had no idea what was going on with my case and was unable to tell me what was going on. I asked that my file be transferred to someone else that could help me, and I was then given Erik Hamilton.

Now after speaking with Erik, only over the phone he still was unable to tell me why they were only paying the mortgage company. I then attempted to contact Tammy Terry, as well as the court clerk, who said it was listed as if I was trying to pay off my house, which was totally incorrect on Crystal Price's behalf, who was the one I met with in court. After receiving an itemized list from Erik Hamilton on how payments were disbursed, he indicated he also contacted the mortgage people who said I was $8,000 behind at the time of the filing, which I dispute and so does the paper he mailed me. It stated a different total which I have included. I would like to know if I am entitled to a hearing on this matter to have my case revised without prejudice. Erik says the only way I can have payments decreased is to dismiss the Chapter 13 entirely and be penalized for 180 days or convert to a Chapter 7 if I am eligible.

Erik is awaiting my response on how to proceed with this. The error/ and or lack of communication is not my fault and should not be held accountable for any changes or charges that have to be made to correct this.

Please advice if this matter is adequate for the hearing I would like to have to revise my case?

Thank you in advance for your time.

*Katrina D. Coach*
Katrina D. Coach
Encl/

# ARREARAGE

STATEMENT FILED ON BEHALF OF EVERHOME MORTGAGE COMPANY, IN THE CASE OF KATRINA DAWN COACH, DEBTOR(S), FOR CLAIM OF MORTGAGE DEBT (TOTAL) DUE COVERING PROPERTY LOCATED AT 11406 SORRENTO ST, DETROIT, MI 48227-5715.

| | |
|---|---|
| 6 payments at $1,074.65<br>3/1/08 to 8/5/08 | $6,447.90 |
| Escrow Shortage | |
| Total Late Charges | $27.32 |
| Inspection Fees | $13.50 |
| Appraisal Fees | |
| Suspense | |
| NSF Fees | |
| Tax Advance | |
| Hazard Insurance Advance | |
| Other Advance | |
| Attorney Fees and Costs | $833.80 |
| Post-Petition/Pre-Confirmation Bankruptcy Fees and Costs | $300.00 |
| | $7,622.52 |

FILED
2010 AUG 27 A 8:49
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

| UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF MICHIGAN | PROOF OF CLAIM |
|---|---|
| Name of Debtor: **Katrina Dawn Coach** | Case Number: 08-58965 Chapter # 13 Tammy L. Terry, Trustee |

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
EverHome Mortgage Company

Name and address where notices should be sent:
Diana Larrondo
EverHome Mortgage Company
8100 Nations Way
Jacksonville, FL 32256-4405
Telephone Number: 909-251-4385

Name and address where payment should be sent (if different from above):

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(*If known*)

Filed on:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

**1. Amount of Claim as of Date Case Filed: $91,919.69**

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☒ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** Mortgage/Note
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** xxxxxx7466    T&T#224843B02
  **3a. Debtor may have scheduled account as:** Everhome Mortgage
  (See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff: ☒ Real Estate  ☐ Motor Vehicle  ☐ Other
Describe:

Value of Property: Exceeds: $91,919.69  Annual Interest Rate: 6.125%
Amount of arrearage and other charges at time case filed included in secured claim, if any: $7,622.52

Basis for perfection: Mortgage

Amount of Secured Claim: $91,919.69

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See definition of "redacted" on reverse side.)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

Amount entitled to priority:
$_____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

Date: December 1, 2008

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.
/S/ Eva Goldstein (P63018)
/S/ Shawn C. Drummond (P58471)
/S/ Fatima Siddique (P70004)
Attorney for EverHome Mortgage Company
31440 Northwestern Highway, Suite 200, Farmington Hills, MI 48334-2525, 248.642.2515, EasternECF@trottlaw.com

FOR COURT USE ONLY

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

## TOTAL DEBT

STATEMENT FILED ON BEHALF OF EVERHOME MORTGAGE COMPANY, IN THE CASE OF KATRINA DAWN COACH, DEBTOR(S), FOR CLAIM OF MORTGAGE DEBT (TOTAL) DUE COVERING PROPERTY LOCATED AT 11406 SORRENTO ST, DETROIT, MI 48227-5715.

| | |
|---|---:|
| Principal Balance | $86,052.05 |
| Interest @ 6.125% 2/1/08 to 8/5/08 ($14.44 per diem) | $2,700.33 |
| Escrow Balance | |
| Escrow Advance | $1,992.69 |
| Escrow Shortage | |
| Total Late Charges | $27.32 |
| Inspection Fees | $13.50 |
| Appraisal Fees | |
| Suspense | |
| NSF Fees | |
| Tax Advance | |
| Hazard Insurance Advance | |
| Other Advance | |
| Attorney Fees and Costs ** | $833.80 |
| Post-Petition/Pre-Confirmation Bankruptcy Fees and Costs | $300.00 |
| | **$91,919.69** |

** Foreclosure Fee $585.00, Publication $213.80, Posting $35.00

PRINT INQUIRY    Close Window                          Click Here to Print this Page

| 08-58965-WSD KATRINA DAWN COACH | 11406 SORRENTO • • DETROIT • MI • 48227 | $561.11 BW | Bar Date(s): | 12/15/2008 (has passed) 3/15/2009 (has passed) |
|---|---|---|---|---|
| (xxx-xx-8701) | | | Confirmed: | 11/19/2008 |
| Trustee: Tammy L. Terry | Attorney: CHIMKO & ASSOCIATES | | Case Status: | Active (11/19/2013) |

The data on these pages has not been audited and is provided for general information only.

## Financials

| Date | Payee | Payee Name | Source / Check | Description | Receipts | Disbursements |
|---|---|---|---|---|---|---|
| 8/2/2010 | | | CENGAGE 57549 | EMPLOYER PAYROLL DEDUCTION CHECK | $561.11 | |
| 8/2/2010 | 3 | Everhome Mortgage | 1288648 | AMOUNT DISBURSED TO CREDITOR - MONTHLY DISBURSEMENTS | | $1,061.62 |
| 8/2/2010 | | TAMMY L. TERRY, TRUSTEE | 1285254 | TRUSTEE FEE - MONTHLY DISBURSEMENTS | | $60.60 |
| 7/19/2010 | | | CENGAGE 90976 | EMPLOYER PAYROLL DEDUCTION CHECK | $561.11 | |
| 7/9/2010 | | | CENGAGE 23087 | EMPLOYER PAYROLL DEDUCTION CHECK | $561.11 | |
| 7/1/2010 | 3 | Everhome Mortgage | 1279880 | AMOUNT DISBURSED TO CREDITOR - MONTHLY DISBURSEMENTS | | $1,061.62 |
| 7/1/2010 | | TAMMY L. TERRY, TRUSTEE | 1276607 | TRUSTEE FEE - MONTHLY DISBURSEMENTS | | $60.60 |
| 6/21/2010 | | | CENGAGE 55155 | EMPLOYER PAYROLL DEDUCTION CHECK | $561.11 | |
| 6/9/2010 | | | CENGAGE 87675 | EMPLOYER PAYROLL DEDUCTION CHECK | $561.11 | |
| 6/1/2010 | 3 | Everhome Mortgage | 1271553 | AMOUNT DISBURSED TO CREDITOR - MONTHLY DISBURSEMENTS | | $1,061.62 |
| 6/1/2010 | | TAMMY L. TERRY, TRUSTEE | 1268371 | TRUSTEE FEE - MONTHLY DISBURSEMENTS | | $60.60 |
| 5/26/2010 | | | CENGAGE 20766 | EMPLOYER PAYROLL DEDUCTION CHECK | $561.11 | |
| 5/13/2010 | | | CENGAGE 53337 | EMPLOYER PAYROLL DEDUCTION CHECK | $561.11 | |
| 5/3/2010 | 3 | Everhome Mortgage | 1263259 | AMOUNT DISBURSED TO CREDITOR - MONTHLY DISBURSEMENTS | | $1,061.62 |
| 5/3/2010 | | TAMMY L. TERRY, TRUSTEE | 1259941 | TRUSTEE FEE - MONTHLY DISBURSEMENTS | | $60.60 |
| 4/27/2010 | | | CENGAGE 86002 | EMPLOYER PAYROLL DEDUCTION CHECK | $561.11 | |
| 4/13/2010 | | | CENGAGE 18440 | EMPLOYER PAYROLL DEDUCTION CHECK | $561.11 | |
| 4/1/2010 | 0 | CHIMKO & ASSOCIATES | 1258731 | ATTORNEY FEE - MONTHLY DISBURSEMENTS | | $393.44 |
| 4/1/2010 | 3 | Everhome Mortgage | 1254693 | AMOUNT DISBURSED TO CREDITOR - MONTHLY DISBURSEMENTS | | $1,198.99 |
| 4/1/2010 | | TAMMY L. TERRY, TRUSTEE | 1251326 | TRUSTEE FEE - MONTHLY DISBURSEMENTS | | $90.90 |
| 3/31/2010 | | | CENGAGE 50753 | EMPLOYER PAYROLL DEDUCTION CHECK | $561.11 | |
| 3/16/2010 | | | CENGAGE 83856 | EMPLOYER PAYROLL DEDUCTION CHECK | $561.11 | |

| Date | | | | | | |
|---|---|---|---|---|---|---|
| 3/3/2010 | | | CENGAGE 19403 | EMPLOYER PAYROLL DEDUCTION CHECK | $561.11 | |
| 3/1/2010 | 3 | Everhome Mortgage | 1246357 | AMOUNT DISBURSED TO CREDITOR - MONTHLY DISBURSEMENTS | | $1,061.62 |
| 3/1/2010 | | TAMMY L. TERRY, TRUSTEE | 1243137 | TRUSTEE FEE - MONTHLY DISBURSEMENTS | | $60.60 |
| 2/16/2010 | | | CENGAGE 90693 | EMPLOYER PAYROLL DEDUCTION CHECK | $561.11 | |
| 2/2/2010 | | | CENGAGE 25031 | EMPLOYER PAYROLL DEDUCTION CHECK | $561.11 | |
| 2/1/2010 | 3 | Everhome Mortgage | 1238290 | AMOUNT DISBURSED TO CREDITOR - MONTHLY DISBURSEMENTS | | $1,061.62 |
| 2/1/2010 | | TAMMY L. TERRY, TRUSTEE | 1235114 | TRUSTEE FEE - MONTHLY DISBURSEMENTS | | $60.60 |
| 1/20/2010 | | | CENGAGE 59217 | EMPLOYER PAYROLL DEDUCTION CHECK | $561.11 | |
| 1/5/2010 | | | CENGAGE 95579 | EMPLOYER PAYROLL DEDUCTION CHECK | $561.11 | |
| 1/4/2010 | 3 | Everhome Mortgage | 1230226 | AMOUNT DISBURSED TO CREDITOR - MONTHLY DISBURSEMENTS | | $1,061.62 |
| 1/4/2010 | | TAMMY L. TERRY, TRUSTEE | 1226904 | TRUSTEE FEE - MONTHLY DISBURSEMENTS | | $60.60 |
| 12/22/2009 | | | CENGAGE 37251 | EMPLOYER PAYROLL DEDUCTION CHECK | $561.11 | |
| 12/9/2009 | | | CENGAGE 74786 | EMPLOYER PAYROLL DEDUCTION CHECK | $561.11 | |
| 12/1/2009 | 3 | Everhome Mortgage | 1221936 | AMOUNT DISBURSED TO CREDITOR - MONTHLY DISBURSEMENTS | | $1,061.62 |
| 12/1/2009 | | TAMMY L. TERRY, TRUSTEE | 1218626 | TRUSTEE FEE - MONTHLY DISBURSEMENTS | | $60.60 |
| 11/24/2009 | | | CENGAGE 13798 | EMPLOYER PAYROLL DEDUCTION CHECK | $561.11 | |
| 11/10/2009 | | | CENGAGE 52833 | EMPLOYER PAYROLL DEDUCTION CHECK | $561.11 | |
| 11/2/2009 | 3 | Everhome Mortgage | 1213480 | AMOUNT DISBURSED TO CREDITOR - MONTHLY DISBURSEMENTS | | $1,061.62 |
| 11/2/2009 | | TAMMY L. TERRY, TRUSTEE | 1210134 | TRUSTEE FEE - MONTHLY DISBURSEMENTS | | $60.60 |
| 10/27/2009 | | | CENGAGE 92238 | EMPLOYER PAYROLL DEDUCTION CHECK | $561.11 | |
| 10/14/2009 | | | CENGAGE 30591 | EMPLOYER PAYROLL DEDUCTION CHECK | $561.11 | |
| 10/1/2009 | 3 | Everhome Mortgage | 1204870 | AMOUNT DISBURSED TO CREDITOR - MONTHLY DISBURSEMENTS | | $1,592.43 |
| 10/1/2009 | | TAMMY L. TERRY, TRUSTEE | 1201557 | TRUSTEE FEE - MONTHLY DISBURSEMENTS | | $90.90 |
| 9/29/2009 | | | CENGAGE 68035 | EMPLOYER PAYROLL DEDUCTION CHECK | $561.11 | |
| 9/15/2009 | | | CENGAGE 05667 | EMPLOYER PAYROLL DEDUCTION CHECK | $561.11 | |
| 9/1/2009 | | | CENGAGE 44415 | EMPLOYER PAYROLL DEDUCTION CHECK | $561.11 | |
| 9/1/2009 | 3 | Everhome Mortgage | 1196316 | AMOUNT DISBURSED TO CREDITOR - MONTHLY DISBURSEMENTS | | $1,040.30 |
| 9/1/2009 | | TAMMY L. TERRY, TRUSTEE | 1192876 | TRUSTEE FEE - MONTHLY DISBURSEMENTS | | $81.92 |
| 8/17/2009 | | | CENGAGE 84425 | EMPLOYER PAYROLL DEDUCTION CHECK | $561.11 | |

| Date | | Payee | Check # | Description | Amount In | Amount Out |
|---|---|---|---|---|---|---|
| 8/4/2009 | | | CENGAGE 23637 | EMPLOYER PAYROLL DEDUCTION CHECK | $561.11 | |
| 8/3/2009 | 3 | Everhome Mortgage | 1187670 | AMOUNT DISBURSED TO CREDITOR - MONTHLY DISBURSEMENTS | | $1,040.30 |
| 8/3/2009 | | TAMMY L. TERRY, TRUSTEE | 1184198 | TRUSTEE FEE - MONTHLY DISBURSEMENTS | | $81.92 |
| 7/21/2009 | | | CENGAGE 63799 | EMPLOYER PAYROLL DEDUCTION CHECK | $561.11 | |
| 7/6/2009 | | | CENGAGE 94286 | EMPLOYER PAYROLL DEDUCTION CHECK | $561.11 | |
| 7/1/2009 | 3 | Everhome Mortgage | 1178702 | AMOUNT DISBURSED TO CREDITOR - MONTHLY DISBURSEMENTS | | $2,839.90 |
| 7/1/2009 | | TAMMY L. TERRY, TRUSTEE | 1175111 | TRUSTEE FEE - MONTHLY DISBURSEMENTS | | $146.32 |
| 6/24/2009 | | | HEWITT AS 66295 | EMPLOYER PAYROLL DEDUCTION CHECK | $561.11 | |
| 6/10/2009 | | | HEWITT AS 65557 | EMPLOYER PAYROLL DEDUCTION CHECK | $561.11 | |
| 6/1/2009 | 3 | Everhome Mortgage | 1170226 | AMOUNT DISBURSED TO CREDITOR - MONTHLY DISBURSEMENTS | | $1,067.23 |
| 6/1/2009 | | TAMMY L. TERRY, TRUSTEE | 1166971 | TRUSTEE FEE - MONTHLY DISBURSEMENTS | | $54.99 |
| 5/28/2009 | | | HEWITT AS 64807 | EMPLOYER PAYROLL DEDUCTION CHECK | $561.11 | |
| 5/13/2009 | | | HEWITT AS 64064 | EMPLOYER PAYROLL DEDUCTION CHECK | $561.11 | |
| 5/6/2009 | | | US TREASU 64658 | INCOME TAX REFUND CHECK | $1,864.00 | |
| 5/1/2009 | 3 | Everhome Mortgage | 1162117 | AMOUNT DISBURSED TO CREDITOR - MONTHLY DISBURSEMENTS | | $1,594.93 |
| 5/1/2009 | | TAMMY L. TERRY, TRUSTEE | 1158871 | TRUSTEE FEE - MONTHLY DISBURSEMENTS | | $82.18 |
| 4/30/2009 | | | HEWITT AS 63323 | EMPLOYER PAYROLL DEDUCTION CHECK | $561.11 | |
| 4/16/2009 | | | HEWITT AS 62589 | EMPLOYER PAYROLL DEDUCTION CHECK | $558.00 | |
| 4/1/2009 | | | HEWITT AS 61852 | EMPLOYER PAYROLL DEDUCTION CHECK | $558.00 | |
| 4/1/2009 | 3 | Everhome Mortgage | 1153699 | AMOUNT DISBURSED TO CREDITOR - MONTHLY DISBURSEMENTS | | $1,061.32 |
| 4/1/2009 | | TAMMY L. TERRY, TRUSTEE | 1150126 | TRUSTEE FEE - MONTHLY DISBURSEMENTS | | $54.68 |
| 3/19/2009 | | | HEWITT AS 61062 | EMPLOYER PAYROLL DEDUCTION CHECK | $558.00 | |
| 3/5/2009 | | | HEWITT AS 60336 | EMPLOYER PAYROLL DEDUCTION CHECK | $558.00 | |
| 3/2/2009 | 3 | Everhome Mortgage | 1145336 | AMOUNT DISBURSED TO CREDITOR - MONTHLY DISBURSEMENTS | | $1,061.32 |
| 3/2/2009 | | TAMMY L. TERRY, TRUSTEE | 1141938 | TRUSTEE FEE - MONTHLY DISBURSEMENTS | | $54.68 |
| 2/23/2009 | | | HEWITT AS 59619 | EMPLOYER PAYROLL DEDUCTION CHECK | $558.00 | |
| 2/4/2009 | | | HEWITT AS 58899 | EMPLOYER PAYROLL DEDUCTION CHECK | $558.00 | |
| 2/2/2009 | 3 | Everhome Mortgage | 1136963 | AMOUNT DISBURSED TO CREDITOR - MONTHLY DISBURSEMENTS | | $1,061.32 |
| 2/2/2009 | | TAMMY L. TERRY, TRUSTEE | 1133507 | TRUSTEE FEE - MONTHLY DISBURSEMENTS | | $54.68 |

| Date | | Payee | Check # | Description | Amount In | Amount Out |
|---|---|---|---|---|---|---|
| 1/22/2009 | | | HEWITT AS 58192 | EMPLOYER PAYROLL DEDUCTION CHECK | $578.67 | |
| 1/8/2009 | | | HEWITT AS 57514 | EMPLOYER PAYROLL DEDUCTION CHECK | $537.33 | |
| 1/2/2009 | 0 | CHIMKO & ASSOCIATES | 1132466 | ATTORNEY FEE - MONTHLY DISBURSEMENTS | | $806.17 |
| 1/2/2009 | 3 | Everhome Mortgage | 1128757 | AMOUNT DISBURSED TO CREDITOR - MONTHLY DISBURSEMENTS | | $255.15 |
| 1/2/2009 | | TAMMY L. TERRY, TRUSTEE | 1125276 | TRUSTEE FEE - MONTHLY DISBURSEMENTS | | $54.68 |
| 12/29/2008 | | | HEWITT AS 56848 | EMPLOYER PAYROLL DEDUCTION CHECK | $558.00 | |
| 12/9/2008 | | | HEWITT AS 56195 | EMPLOYER PAYROLL DEDUCTION CHECK | $558.00 | |
| 12/1/2008 | 0 | CHIMKO & ASSOCIATES | 1124137 | ATTORNEY FEE - MONTHLY DISBURSEMENTS | | $2,975.25 |
| 12/1/2008 | | TAMMY L. TERRY, TRUSTEE | 1116628 | TRUSTEE FEE - MONTHLY DISBURSEMENTS | | $153.30 |
| 11/24/2008 | | | HEWITT AS 55538 | EMPLOYER PAYROLL DEDUCTION CHECK | $558.00 | |
| 11/13/2008 | | | HEWITT AS 54870 | EMPLOYER PAYROLL DEDUCTION CHECK | $558.00 | |
| 11/3/2008 | 1 | AUTOMOTIVE CREDIT CORP | 1108314 | AMOUNT DISBURSED TO CREDITOR - MONTHLY DISBURSEMENTS | | $208.70 |
| 11/3/2008 | | TAMMY L. TERRY, TRUSTEE | 1107782 | TRUSTEE FEE - MONTHLY DISBURSEMENTS | | $10.75 |
| 10/30/2008 | | | HEWITT AS 54205 | EMPLOYER PAYROLL DEDUCTION CHECK | $558.00 | |
| 10/15/2008 | | | HEWITT 53531 | EMPLOYER PAYROLL DEDUCTION CHECK | $558.00 | |
| 10/1/2008 | | | HEWITT AS 52844 | EMPLOYER PAYROLL DEDUCTION CHECK | $558.00 | |
| 9/15/2008 | | | 303 | PERSONAL CHECK FROM DEBTOR/ONE DISBURSEMENT HOLD | $558.00 | |
| | | | | Totals: | $29,869.74 | $29,308.63 |